WILLIAM B. SMITH ET AL. V. CLAY COUNTY.

FILED APRIL 21, 1904. No. 12,569.

Affirmed. On rehearing, the former judgment entered in this court is vacated, and the judgment rendered by the district court for Clay county is affirmed. *Mitchell v. Clay County*, 69 Neb. 779, followed.

PER CURIAM.

This case is submitted on rehearing. It is a companion case to *Mitchell v. Clay County*, 69 Neb. 779. In all essential features the two cases are similar. The questions herein presented for consideration and determination are

decided in the case cited. On the authority of that case, the former judgment entered in this court in this cause, 4 Neb. (Unof.) 872, is vacated, and the judgment rendered by the district court is

AFFIRMED.